EDWARD H. KUBO
United States Attorney
District of Hawaii

LORETTA SHEEHAN
THOMAS BRADY
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 16 2002

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 02-0932 KSC |
| Plaintiff, | CRIMINAL COMPLAINT |
| vs. | |
| OLITA ASIATA, | |
| Defendant. | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

That OLITA ASIATA, did on or about March 14, 2002, in the District of Hawaii, knowingly and intentionally distribute cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(b)(1)(B).

/ / /

/ / /

I further state that I am a Special Agent with the Drug Enforcement Administration and that this Complaint is based upon the facts set forth in the following affidavit which is attached hereto and made part of this complaint by reference.

DATED: HONOLULU, HAWAII: December 16, 2002.

_____
DUANE H. STICKLES
Special Agent, DEA


Sworn and subscribed before me, this
16th day of December, 2002:

_____
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT OF DUANE H. STICKLES

DUANE H. STICKLES, after being duly sworn, deposes and says as follows:

1. I am a Special Agent (SA) in the Drug Enforcement Administration (DEA), and have been employed as such since January, 1991. I am currently assigned to Enforcement Group One of the Honolulu District Office.

2. I have been informed about the facts of this case by personal knowledge and investigating officers of the Honolulu Police Department (HPD), who are involved in this investigation and who have personal knowledge regarding this case.

3. On March 14, 2002, a Confidential Informant (CI), acting at the direction of your affiant, used $500.00 in pre-recorded official funds to purchase crack cocaine (cocaine base) from Olita ASIATA. ASIATA provided the cocaine to the CI within the L&D Bar, a commercial establishment located at 125 N. Hotel Street, Honolulu, Hawaii.

4. Analysis by the DEA Southwestern Lab has found the substance purchased by the CI on March 14, 2002 to be 7.4 grams of cocaine base.

6. Cocaine base is a Schedule II controlled substance.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DUANE H. STICKLES
Special Agent, DEA

Subscribed and Sworn to
before me this 16th day
of December, 2002.

_____
KEVIN S.C. CHANG
United States Magistrate
District of Hawaii