AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **HAWAII**

UNITED STATES OF AMERICA
V.
OLITA ASIATA

**WARRANT FOR ARREST**

CASE NUMBER: 02-0932 KSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **OLITA ASIATA**
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
KNOWINGLY AND INTENTIONALLY DISTRIBUTING COCAINE BASE, A SCHEDULE II CONTROLLED SUBSTANCE,

in violation of Title **21** United States Code, Section(s) **841(b)(1)(B)**

KEVIN S.C. CHANG
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

DECEMBER 16, 2002   HONOLULU, HAWAII
Date and Location

Bail fixed at $ **TO BE DETERMINED** by **KEVIN S.C. CHANG**
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |