AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF   HAWAII

UNITED STATES OF AMERICA
V.
OLITA ASIATA

**WARRANT FOR ARREST**

CASE NUMBER: 02-0932 KSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   OLITA ASIATA
                                                                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

KNOWINGLY AND INTENTIONALLY DISTRIBUTING COCAINE BASE, A SCHEDULE II CONTROLLED SUBSTANCE,

in violation of Title ___21___ United States Code, Section(s) 841(b)(1)(B)

KEVIN S.C. CHANG
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

DECEMBER 16, 2002   HONOLULU, HAWAII
Date and Location

KEVIN S.C. CHANG

Bail fixed at $ TO BE DETERMINED   by _____
                                                                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 6:00 AM

DATE RECEIVED: 12/17/02

NAME AND TITLE OF ARRESTING OFFICER: Duane Stickles S/A

SIGNATURE OF ARRESTING OFFICER: [signature]

DATE OF ARREST: 12/17/02

Filed in the United States District Court, District of Hawaii, DEC 18 2002, Walter A. Y. H. Chinn, Clerk