EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 02-0932 KSC |
| ) | |
| Plaintiff, ) | MOTION TO DETAIN DEFENDANT |
| ) | WITHOUT BAIL |
| vs. ) | |
| ) | |
| OLITA ASIATA, ) | |
| ) | |
| Defendant. ) | |

MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain defendant without bail, pursuant to 18 U.S.C. Section 3142.

1. <u>Eligibility of Case</u>.  This defendant is eligible for detention because the case involves (check all that apply):

    ____ a.  Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

    ____ b.  Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    ____ c.  Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

      \_\_\_\_\_ d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))\*

      \_\_\_\_\_ e.    Crime of violence (3142(f)(1)(A))

      \_\_\_\_\_ f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

      \_X\_ g.    10+ year drug offense (3142(f)(1)(C))

      \_\_\_\_\_ h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

      \_X\_ i.    Serious risk defendant will flee (3142(f)(2)(A))

      \_\_\_\_\_ j.    Danger to other person or community \*\*

      \_\_\_\_\_ k.    Serious risk obstruction of justice (3142(f)(2)(B))

      \_\_\_\_\_ l.    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "i" or "j" additionally

\*\* requires "a", "b", "c", or "d" additionally

2.    <u>Reason for Detention</u>.  The court should detain defendant (check all that apply):

      \_X\_ a.    Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e))

      \_X\_ b.    Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

      \_\_\_\_\_ c.    Pending notification of appropriate court or official (not more than 10 working days (3142(d))

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant under Section 3142(e).  If invoked, the presumption applies because (check all that apply):

    _X_ a.    Probable cause to believe defendant committed 10+ year drug offense

    ____ b.    Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

    ____ c.    Previous conviction for eligible offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>.  The United States requests that the court conduct the detention hearing:

    ____ a.    At first appearance

    _X_ b.    After continuance of _3_ days (not more than 3)

5. <u>Rule 40 Cases</u>.  The United States requests that the detention hearing be held:

    ____ a.    In the District of Hawaii

    ____ b.    In the District where charges were filed

6. <u>Other Matters</u>.

DATED: _December 17, 2002_, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _Loretta Sheehan_
LORETTA SHEEHAN
Assistant U.S. Attorney