# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12-17-02  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:   MA 02-0932KSC

CASE NAME:     USA v. Olita Faafiti

ATTYS FOR PLA: Loretta Sheehan

ATTYS FOR DEFT: Louis Ching

INTERPRETER:

JUDGE:   Kevin S.C. Chang        REPORTER:   C5 tape 974

DATE:    12-17-02                TIME:       3:30 - 3:40

COURT ACTION:   EP: Initial Appearance - deft present. Deft sworn to Financial Affidavit. Oral M/Court Appt Atty GRANTED.

Detention Hearing 12-20-02 @ 10:30 a.m., KSC.
Preliminary Hearing 12-30-02 @ 10 a.m., KSC.

Deft remanded to custody of U.S. Marshal.

Submitted by Sadie Mukawa, Courtroom Manager

G:\docs\richlyn\ma 02-930ksc yamauchi 12-17-02.wpd