ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

LORETTA SHEEHAN 4061
Assistant U. S. Attorney
6100 PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850
Fax No. (808) 541-2958
loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 24 2002

at 6 o'clock and 40 min. A.m.
WALTER A. Y. H. CHINN

LODGED

DEC 20 2002
3:40 pm SP
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-0932 KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO DETAIN DEFENDANT |
| | ) | WITHOUT BAIL |
| OLITA FAAFITI, | ) | |
| a.k.a. Olita Asiata, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER TO DETAIN DEFENDANT WITHOUT BAIL

This matter came before the Court on the motion of the United States

to detain the defendant without bail pursuant to 18 U.S.C. § 3142. A hearing was



held on December 20, 2002. The Court reviewed the Complaint in this case and accepted the original Pretrial Services Agency Reports.

The Court has considered the factors in 18 U.S.C. § 3142(g). Based upon a review of the foregoing, the Court grants the Motion to Detain, finding by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and/or the community, and by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, should the defendant be released. The Court makes these findings after considering the nature and seriousness of the offenses charged, the defendant's criminal history, foreign ties, foreign travel, contrary information provided during her Pretrial Services interview, and use of aliases and false identifiers.

Accordingly, IT IS ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States or on request from an attorney for the government, the person in charge of

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following on December 20, 2002:

Louis Ching
4475 Kilauea Avenue
Honolulu, Hawaii 96816

Counsel For Defendant
OLITA FAAFITI, a.k.a. Olita Asiata

DATED: December 20, 2002, at Honolulu, Hawaii.